```
                                              FILED
     UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA          AUG 1 5 2012

                                          CLERK US DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA
                                          BY                   DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12-cr-02750-BEN |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| FRANCISCA SOLORIO, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

21:841(a)(1) - Possession of Methamphetamine with Intent to Distribute

(Felony)(1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/15/12

_____
Louisa S Porter
U.S. Magistrate Judge